

United States District Court
Eastern District of California

Roxanne Orona

Plaintiff(s)

V.

Solar Servicing LLC, et al.

Defendant(s)

Case Number: 2:26-cv-00036-DC-AC

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jessica T. Majkowski hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Solar Servicing LLC (improperly named as "Solar Servicing LLC (Formerly Mosaic)")

On 10/25/2021 (date), I was admitted to practice and presently in good standing in the Supreme Court of South Carolina (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/08/2026          Signature of Applicant: /s/ Jessica T. Majkowski

**Pro Hac Vice Attorney**

Applicant's Name: Jessica T. Majkowski

Law Firm Name: Troutman Pepper Locke LLP

Address: 111 South Wacker Drive, Suite 4100

City: Chicago State: IL Zip: 60606

Phone Number w/Area Code: (312) 447-9141

City and State of Residence: Chicago, Illinois

Primary E-mail Address: jessica.majkowski@troutman.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kalama M. Lui-Kwan

Law Firm Name: Troutman Pepper Locke LLP

Address: Three Embarcadero Center, Suite 800

City: San Francisco State: CA Zip: 94111

Phone Number w/Area Code: (415) 477-5700 Bar # 242121

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 26, 2026

Dena Coggins
United States District Judge